

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00386-CV

**IN THE INTEREST OF J.A.T.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-01687
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED.

We order that no costs be assessed against appellant Mother because she is indigent.

SIGNED November 1, 2017.

_____
Marialyn Barnard, Justice